F.# 2006R00577

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

JAVIER CORTES-ELIOSA,

        Defendant.

- - - - - - - - - - - - - - - - -X

INDICTMENT

Cr. No. CR-06-219
(T. 18, U.S.C., §§
1591(a)(1), 1591(a)(2),
1591(b)(1), 2421, 2
and 3551 et seq.)

KORMAN, CH.
REYES, M.J

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
(Sex Trafficking)

1.   In or about and between May 1999 and February 2006, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant JAVIER CORTES-ELIOSA did knowingly and intentionally recruit, entice, harbor, transport, provide and obtain by any means a person, to wit, Jane Doe, whose identity is known to the grand jury, in and affecting interstate commerce, and benefit financially and by receiving a thing of value from participation in a venture engaged in such acts, knowing that force, fraud and coercion would be used to cause such person to engage in a commercial sex act.

(Title 18, United States Code, Sections 1591(a)(1), 1591(a)(2), 1591(b)(1), 2 and 3551 <u>et</u> <u>seq</u>.)

<u>COUNT TWO</u>
(Mann Act Violation)

2. In or about and between May 1999 and February 2006, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant JAVIER CORTES-ELIOSA did knowingly and intentionally transport an individual, to wit, Jane Doe, in interstate commerce, with intent that such individual engage in prostitution.

(Title 18, United States Code, Sections 2421, 2 and 3551 <u>et</u> <u>seq</u>.)

A TRUE BILL

_____
FOREPERSON

ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

No. _ _ _ _ _ _

FORM DBD.34
JUN.85

# UNITED STATES DISTRICT COURT

EASTERN District of NEW YORK

THE UNITED STATES OF AMERICA

vs.

JAVIER CORTES-ELIOSA,

Defendant.

# INDICTMENT

Cr. No. _____
(T. 18, U.S.C., §§ 1591(a)(1), 1591(a)(2), 1591(b)(1), 2421, 2 and 3551 et seq.)

A true bill.

_____ Foreman

Filed in open court this _____ day.

of _____ A.D. 19 __

_____ Clerk

Bail, $ _____

PAMELA CHEN, AUSA (718) 254-7575