

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*156 Pierrepont Street*
*Brooklyn, New York  11201*

May 8, 2006

By First Class Mail
Paul Testaverde
40-42 National Street
Second Floor
Corona, NY 11368-2321

Re:  United States v. Cortes-Eliosa
     Criminal Docket No. 06cr219(ERK)

Dear Mr. Testaverde:

The government provides the following discovery pursuant to Rule 16 of the Federal Rules of Criminal Procedure.  Additionally, the government hereby requests reciprocal discovery from the defendants pursuant to Rule 16(b) and 12.1(a).

1.  Statements of the Defendant

At this time, the government is unaware of any statements made by the defendant to federal agents of the New York offices of the Department of Homeland Security, Immigration and Customs Enforcement or the Federal Bureau of Investigation.  The United States Border Patrol agents has been contacted, however, in an effort to ascertain whether the defendant made any statements to Border Patrol officers at the time of his arrest in Arizona.

2.  Criminal History Reports

A copy of the defendant's criminal history is enclosed.

3.  Documents and Tangible Objects

Enclosed is a copy of an insurance reinstatement form that was seized from the defendant's person at the time of his arrest in Arizona.  Enclosed is also a photo of the defendant that met with a positive identification when shown to the victim.

4.  Reciprocal Discovery

2

We assert our right to reciprocal discovery under Rule 16(b) of the Federal Rules of Criminal Procedure. Specifically, we request that you provide us with books, papers, documents, photographs, tangible objects, or copies or portions thereof, that are within the possession, custody or control of the defendants and that the defendants intend to introduce as evidence in chief at trial. We also request that you provide us with the results and reports of any physical, mental or scientific examinations and tests as required by Rule 16(b)(1)(B).

Pursuant to Fed. R. Crim. P. 12.1(a), the government hereby demands written notice, to be served within ten days of this demand, if the defendant intends to offer a defense of alibi. The written notice shall state the specific place or places at which the defendant claims to have been at the time of the alleged offenses, and the names and addresses of the witnesses upon whom the defendant intends to rely to establish such alibi. The offense took place at the location, date, and time specified in the Indictment.

Please be advised that at the appropriate time we will request that you produce all statements of defense witnesses pursuant to Rule 26.2. In order to avoid any unnecessary delays, we request that you have copies of these statements available for production to the government at the commencement of trial.

The government will supplement the foregoing responses as necessary.

               Respectfully,

               ROSLYNN R. MAUSKOPF
               United States Attorney


           By:  /s   Solette Magnelli
              Pamela K. Chen
              Assistant United States Attorney

              Solette Magnelli
              Trial Attorney
              Department of Justice


Encls.

cc:  Clerk of the Court (by ECF)
    (w/o enclosures)