U.S.M.J. RAMON E. REYES, JR.        DATE: **3 29 /07**     Time: **3:20p.m. - 4:10pm**

## CRIMINAL CAUSE FOR PLEADING

USA -v- **Yee et al**        Docket No.: **06 -CR- 219-(1)(ERK)**

Defendant: _____**Javier Cortes-Eliosa**_____

　　　　　_X_ present  ___ not present  　　_X_ custody  ___ bail

Def. Counsel: _____**Paul Testaverde**_____

　　　　　_X_ present  ___ not present  　　_X_ CJA  ___ LAS  ___ Retained

AUSA: _____**Solette Magnelli**_____    Clerk/Deputy: **Miriam Vertus**
　　　　　　　　　　　　　　　　　　　　　　　　　Lara Corchado

Interpreter: **Estrellita Plested**    Language: _____**Spanish**_____

FTR# (3:23:53 - 4:08:33 )    Reporter: _____

_X_ Case Called
___ Defendant's First Appearance
_X_ Defendant: _X_ Sworn  ___ Arraigned  _X_ Informed of Rights
___ Waiver of Indictment Executed for Defendant
___ Superceding Indictment/Information Filed
___ Bench Warrant Issued: _____
_X_ Defendant Enters Guilty Plea to Count(s) __2__ of the Indictment.
___ Defendant Withdraws Not Guilty Plea and Enters Guilty Plea to
　　 Count(s) _____ of the (Superceding) Indictment/Information
_X_ Court Finds Factual Basis for the Plea
___ Sentencing Set for __/__/__ at _____
_X_ Sentencing to be Set by Judge Korman at a later date.

_X_ Bail/Bond: ___Set  ___Continued for Defendant  _X_ Continued in Custody
___ Case Adjourned to __/__/__ at _____
_X_ Pursuant to Federal Rule of Criminal Procedure 11, the Magistrate Judge did administer
　　 the allocution. A finding has been made that the plea was made knowingly and
　　 voluntarily and the plea was not coerced. The Magistrate Judge recommends that the plea
　　 of guilty be accepted.
_X_ Transcript Ordered
___ Other: _____